# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03018-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

JACOB DANIEL, House of Peter,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

## ORDER DIRECTING PETITIONER TO CURE DEFICIENCIES

    Petitioner, an inmate at the Boulder County Jail, has submitted for filing a "Notice of Appeal" (ECF No. 1) and a letter to the court (ECF No. 3).  Although not entirely clear, Petitioner may be claiming his rights are being violated in connection with a state court criminal case.  Because Petitioner apparently is seeking judicial relief in this court, the instant action has been commenced.  At this point, the court construes the action as a habeas corpus action.

    As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the documents are deficient as described in this order.  Petitioner will be directed to cure the following if he wishes to pursue any claims in this court in this action.  Any papers that Petitioner files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)    <u>xx</u>    is not submitted

(2) __  is missing affidavit
(3) __  is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) xx  is missing certificate showing current balance in prison account
(5) __  is missing required financial information
(6) __  is missing authorization to calculate and disburse filing fee payments
(7) __  is missing an original signature by the prisoner
(8) __  is not on proper form (must use the court's current form)
(9) __  names in caption do not match names in caption of complaint, petition or habeas application
(10) xx  other: motion and certificate are necessary only if $5.00 filing fee is not paid in advance.

**Complaint, Petition or Application**:
(11) xx  is not submitted
(12) __  is not on proper form (must use the court's current form)
(13) __  is missing an original signature by the prisoner
(14) __  is missing page nos. __
(15) __  uses et al. instead of listing all parties in caption
(16) __  names in caption do not match names in text
(17) __  addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) __  other: _____.

Accordingly, it is

ORDERED that Petitioner cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers that Petitioner files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that Petitioner shall obtain the court-approved Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 forms (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that, if Petitioner fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed

without further notice.  The dismissal shall be without prejudice.  It is

DATED November 5, 2013, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge